

**ORDERED in the Southern District of Florida on July 31, 2019.**

*Laurel M. Isicoff*
Chief United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

IN RE:                                                                CASE NO. 19-11672-LMI

NIURKA DONATE                                              CHAPTER 13
SSN: XXX-XX-1894

      Debtor.
_____/

### ORDER GRANTING MOTION TO DISMISS [D.E. 38]

THIS CAUSE came before the Court on July 17, 2019 at 9:30 a.m. for an evidentiary hearing on the Motion to Dismiss [D.E. 38] filed by Secured Creditors, Janet E. Stoker, as Trustee of Janet E. Stoker Living Trust and Benjamin Velez, and the Court having examined the Motion to Dismiss, the Secured Creditors' Memorandum of Law in Support of the Motion to Dismiss [D.E. 60]; the Memorandum of Law in Opposition to the Motion to Dismiss [D.E. 59]; the Joint Notice of Filing Documents to Support Debtor's and Secured Creditor's Memorandum's of Law [D.E.58]; the Joint Pretrial Stipulation filed by the parties [D.E.65  ]; the Joint Exhibits submitted by the parties and the case file and also heard argument of counsel for the Debtor and the Secured Creditors, for reasons stated on the record, it is:

    ORDERED and ADJUDGED

    1.    The Motion to Dismiss is GRANTED.

2. This case is dismissed with a 180-day prejudice period due to the Debtor's failure to disclose in her schedules the judgment amount owed to unrelated creditor, Daniel J. Spinuzzi, M.D.

3. This Court reserves jurisdiction as to an award of attorney fees in favor of the Secured Creditor.

###

Sabrina Chassagne, Esq., ((305) 358-0005, 1 NE 2nd Avenue, Suite 208, Miami, FL 33132) attorney for the Debtor is directed to mail a conformed copy of this order immediately upon receipt to:

Nancy Neidich, Trustee
Timothy Kingcade, Esq., attorney for the Debtor